**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 23-12571 |
|    Patrick Sanchez | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

## NOTICE OF MOTION

**TO:** See attached list

    PLEASE TAKE NOTICE that on October 7, 2024 at 10:00 AM , I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in Courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode**. The meeting ID for this hearing is 1612732896 and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's website.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

    **By:**    */s/ Kyle Dallmann*
                    Kyle Dallmann

# **CERTIFICATE OF SERVICE**

I, __Kyle Dallmann_____ ,

☑ an attorney, certify

-or-

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on __September 16, 2024__ at __1:52 PM__ .

**By:** ___*/s/ Kyle Dallmann*_____
Kyle Dallmann
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

\* All applicable boxes must be checked and all blanks filled in.

# **LIST OF PARTIES SERVED**

Via ECF:
 Thomas H. Hooper, 55 E. Monroe St. #3850 , Chicago, IL 60603

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

By regular mail:
Patrick DeJesus Sanchez, 521 W Brompton Ave Apt 217, Chicago, IL 60657

See attached service list

Patrick DeJesus Sanchez
521 W Brompton Ave #Apt 217
Chicago, IL 60657

Bright Lending
PO Box 578
Ft Belknap Agency
Hays MT 59527

Brigit/Coastal Community
Attn: Bankruptcy Dept.
5415 EVERGREEN WAY
EVERETT WA 98203

Buffalo Lake Lending
PO Box 254
Fort Thompson SD 57339

Capital One
Attn: Bankruptcy Dept.
PO BOX 31293
SALT LAKE CITY UT 84131

Deferit Inc
Attn: Bankruptcy Dept.
11 PARK PL FL 3
NEW YORK NY 10007

Dept of Education/Neln
Attn: Bankruptcy Dept.
121 S 13TH ST
LINCOLN NE 68508

Flexible Finance Inc.
Blueridge Bank North America
228 Park Ave South #75995
New York NY 10003

IRS Priority Debt
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101

Layma, LLC
Little Lake Lending
2770 Mission Rancheria Rd.
Lakeport CA 95453

Moneylion Inc
Attn: Bankruptcy Dept.
PO BOX 1547
SANDY UT 84091

National Collegiate Trust
Bankruptcy Department
1200 N. 7th St.
Harrisburg PA 17102

American Coradius Inc.
Bankruptcy Dept.
521 W Brompton Ave Apt 217
Chicago IL 60657

Navient
Attn: Bankruptcy Dept.
PO BOX 9655
WILKES BARRE PA 18773

Opp Loans
Attn: Bankruptcy Dept.
130 E RANDOLPH ST STE 34
CHICAGO IL 60601

Opportunity Financial
Bankruptcy Department
11 E. Adams St.
Chicago IL 60603

Clerk, First Mun Div
Doc# 23M1111428
50 W. Washington St., Rm. 1001
Chicago IL 60602

Markoff Law LLC
23M1111428
29 N Upper Wacker Dr # 1010
Chicago IL 60606

Realty & Mortgage Co.
1509 W Berwyn Ave. STE 200
Chicago IL 60640

Rise/Ecs
Attn: Bankruptcy Dept.
4150 INTERNATIONAL PLZ S
FT WORTH TX 76109

Sezzle Inc
Attn: Bankruptcy Dept.
251 1ST AVE N
MINNEAPOLIS MN 55401

SunUp Financial, LLC
33 N. LaSalle Street
Suite 800
Chicago IL 60602

Target Finance, LLC
Target Cash Now
PO Box 516
Hays MT 59527

Upstart Network Inc.
Attn: Bankruptcy Dept.
2950 S DELAWARE ST STE 3
SAN MATEO CA 94403

Upstart Network Inc/F
Attn: Bankruptcy Dept.
PO BOX 1503
SAN CARLOS CA 94070

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 23-12571 |
|    Patrick Sanchez | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Jacqueline P. Cox |

### MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Mr. Patrick Sanchez (the "Debtor"), by and through his attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 09/21/2023.

3. Recently the Debtor's payroll department changed his payment structure.

4. This caused him to fall behind on all of his expenses, including his ongoing Trustee payments.

5. Now, while he is able to make ongoing payments, he does not have the disposable income necessary to also catch up on his arrears.

6. If the default were deferred to the end of the plan term there would be no change to the 100% dividend paid to unsecured creditors and the Debtor would be able to complete his Chapter 13 plan and obtain his discharge.

WHEREFORE THE DEBTORS, Mr. Patrick Sanchez, respectfully request this Honorable Court enter an order:

1. Deferring arrears to the end of the plan term.

2. Any other relief the court deems proper.

**By:** _/s/ Kyle Dallmann_
Kyle Dallmann
Attorneys for the Debtors
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800
(Fax): 877.247.1960
ndil@geracilaw.com