UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 23-12571
Patrick Sanchez  )
 )  Chapter: 13
 )
 )  Honorable Jacqueline P Cox
 )
 )
Debtor(s)  )

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,
IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to provide that the default accruing through August 2024 is hereby deferred.
2. That the remaining payments under the plan shall be $970 per month commencing September 2024 for 34 months.
3. That the trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 21, 2024

**Prepared by:**

Geraci Law, LLC
55 E. Monroe Street, STE 3400
Chicago, IL 60603
(P) 312-332-1800 (F) 877-247-1960 (E)
ndil@geracilaw.com